

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

JUDY HANKS,                                          §
                                                    §
            *Plaintiff*,                            §
                                                    §
v.                                                  §    CIVIL ACTION NO. 1:19-CV-256
                                                    §
COMMISSIONER OF SOCIAL SECURITY,                    §
                                                    §
            *Defendant*.                            §
                                                    §

### ORDER ADOPTING REPORT AND RECOMMENDATION ON REMAND

Pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and the Local Rules for the Eastern District of Texas, the Court referred this Social Security appeal to United States Magistrate Judge Keith F. Giblin. Judge Giblin recommended that the Court grant the Commissioner's unopposed motion to remand. *See Report* (Doc. No. 16), *Motion* (Doc. No. 15). No party has filed objections.

The Court therefore **ORDERS** that the Report and Recommendation (Doc. No. 16) is **ADOPTED**. The Commissioner's Unopposed Motion to Remand (Doc. No. 15) is **GRANTED**. The Court therefore finally **ORDERS** that the Commissioner's decision in this action is **REVERSED** and this action is **REMANDED** for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). The Court will issue a separate final judgment. *See Shalala v.*

1

*Schaefer*, 509 U.S. 292, 297-98 (1993) (a sentence-four remand ends the instant action with a final judgment which affirms, modifies, or reverses the final decision of the Commissioner).

      **SIGNED** this the **22** day of **September, 2020.**

Thad Heartfield
United States District Judge